## Commonwealth ex rel. Lafferty, Appellant, *v.* Hendrick.

Argued June 11, 1964. *Leonard Zack,* for appellant; *John F. Hassett,* Assistant District Attorney, with him *Thomas M. Reed,* Assistant District Attorney, *F. Emmett Fitzpatrick,*

*Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.